FILED
J.N
MAR 24 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 06 CR |
| vs. | ) | |
| | ) | Title 29, United States Code |
| LORETTA SCHWENN | ) | Section, 501(c). |

JUDGE COAR

06CR0203

COUNT ONE

MAGISTRATE JUDGE SCHENKIER

The UNITED STATES ATTORNEY charges:

1. At times material to this information:

   (a) The International United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO, (the "Union"), was a labor organization engaged in an industry affecting commerce within the meaning of Title 29, United States Code, Sections 402(i) and (j). "Region 4" is a geographic district of the Union.

   (b) Defendant LORETTA SCHWENN (SCHWENN) was a clerical employee for Region 4 of the Union. In this capacity, defendant SCHWENN was responsible for, among other things, coordinating registration for Region 4 and Union conferences which were open to local unions. Defendant SCHWENN would issue notices to local unions of available training opportunities, which included the amount of the registration fee to be paid through the Region 4 Office for such training. Defendant SCHWENN also was responsible for opening mail directed to her or her area. When defendant SCHWENN received payments for training sessions in the mail, she was required to record the receipt of each payment and the name of the registrants on the registration

records. Defendant SCHWENN was then responsible for forwarding the registration fee payments received either in person to the Region 4 bookkeeper or through the mails to the Union for deposit to the appropriate Union bank account.

    (c) In addition to her other responsibilities, defendant SCHWENN also served as a clerical employee at a Union Legislative Conference for participants and their guests held in April 2001. In this capacity, defendant SCHWENN was responsible for collecting payments for a luncheon at this conference, and turning the checks and cash collected over to the Union for deposit.

  2. From on or about March 27, 2001, and continuing to on or about June 16, 2001, at Des Plaines, Illinois and elsewhere in the Northern District of Illinois, Eastern Division,

LORETTA SCHWENN,

defendant herein, embezzled, stole, and unlawfully and willfully abstracted and converted to her own use moneys and funds of a labor organization in the approximate amount of $12,215.00, all without the knowledge and consent of the Union.

  In violation of Title 29, United States Code, Section 501(c).

*Patrick J. Fitzgerald*
UNITED STATES ATTORNEY